No. 518. OLING ET AL. *v.* AIR LINE PILOTS ASSOCIA-
TION ET AL. C. A. 7th Cir. Certiorari denied. *I. J.
Gromfine* and *Herman Sternstein* for petitioners. *Sam-
uel J. Cohen* and *Herbert A. Levy* for Air Line Pilots
Association, and *Stuart Bernstein* for United Air Lines,
Inc., respondents.

No. 525. CAMCO, INC. *v.* NATIONAL LABOR RELATIONS
BOARD. C. A. 5th Cir. Certiorari denied. *L. G. Clin-
ton, Jr.,* for petitioner. *Solicitor General Marshall,
Arnold Ordman, Dominick L. Manoli, Norton J. Come*
and *Leonard M. Wagman* for respondent.

No. 526. WHEELER *v.* JONES. Sup. Ct. Ark. Cer-
tiorari denied. *G. Thomas Eisele* for petitioner. *Leon
B. Catlett* for respondent.

No. 527. CONTE *v.* UNITED STATES. C. A. 6th Cir.
Certiorari denied. *Marvin A. Koblentz* for petitioner.
*Solicitor General Marshall, Assistant Attorney General
Vinson* and *Beatrice Rosenberg* for the United States.

No. 529. KING *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied. *Peter J. Hughes* for petitioner. *So-
licitor General Marshall, Assistant Attorney General
Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the
United States.

No. 533. A AND B *v.* C AND D. Sup. Ct. Ark. Cer-
tiorari denied. *James L. Sloan* for petitioners. *Rob-
ert V. Light* for respondents.